# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV12-00659 JAK (CWx) | Date | June 4, 2012 |
|---|---|---|---|
| Title | Leo Kamasinski v. Wells Fargo & Company, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On June 1, 2012, Defendant filed "Notice of Settlement" (Dkt. 18). The Court sets an Order to Show Cause re Dismissal for July 23, 2012 at 1:30 p.m. If the parties file a dismissal by July 19, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The June 11, 2012 motion to remand, July 23, 2012 post mediation status conference, October 22, 2012 final pretrial conference, November 2, 2012 exhibit conference, and November 6, 2012 jury trial are vacated.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |